# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Trustees of the Chicago Painters and Decorators Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:19−cv−08243

Honorable Andrea R. Wood

Hogan CP Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 13, 2022:

MINUTE entry before the Honorable Andrea R. Wood: Based on the Court's review of the Plaintiff's motion for order judgment in a sum certain [44] and supporting materials, Plaintiff's motion is granted. The Clerk is directed to enter default judgment in favor of the Plaintiffs and against the Defendants Hogan CP, Inc. and Farrah Hogan, jointly and severally, in the amount of $358,580.19. The judgment amount is limited to the audit period from July 1, 2018 through February 28, 2021. Enter Default Judgment Order. Civil case terminated. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.