IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, et al., | ) ) ) ) ) ) ) ) | No. 19-cv-08243 |
| Plaintiffs, | ) ) | Judge Andrea R. Wood |
| v. | ) ) | |
| HOGAN CP, INC. an Illinois corporation; and FARRAH HOGAN, Individually. | ) ) ) ) | |
| Defendant. | ) | |

**DEFAULT JUDGMENT ORDER**

This cause, coming to be heard upon Plaintiffs' Motion for Order of Default and for Judgment in a Sum Certain, and all parties having notice,

IT IS HEREBY ORDERED THAT:

1. Final judgment is entered in favor of the Plaintiffs and against the Defendants Hogan CP, Inc. and Farrah Hogan, jointly and severally, in the amount of $358,580.19. The judgment amount is limited to the audit period from July 1, 2018 through February 28, 2021.

Enter: _/s/ Andrea R. Wood_

Andrea R. Wood
United States District Judge

Date   May 13, 2022